ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------

UNITED STATES OF AMERICA,            :
                                     :  Case No.: 94 MJ 00493         (MRG)
                         Plaintiff,  :
                                     :  **ORDER OF DISMISSAL**
            -against-                :
                                     :
    Joy Brown                        :
                                     :
                                     :
                         Defendant.  :

-----------------------------------------------------------------

Motion by the Government to dismiss is granted and the above-captioned case is hereby

dismissed.

SO ORDERED.

Hon. Martin R. Goldberg,
United States Magistrate Judge

Dated:        20       day of November                , 20 20
              Poughkeepsie, New York